COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-082-CV

SABRE INC. AND FARECHASE, INC. APPELLANTS

V.

AMERICAN AIRLINES, INC. APPELLEE

----------

FROM THE 67
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Unopposed Joint Motion To Dismiss” and the “Unopposed Motion To Dismiss Intervenor, Sabre Inc.'s Appeal.”  It is the court's opinion that the motions should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL M: DAY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: June 26, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.